IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| | * | |
| **v.** | * | Case No. 1:19-cr-00500-SAG-11 |
| | * | |
| **JONATHAN WILLIAM WALL; et al.** | * | |
| *Defendant.* | * | |

## ENTRY OF APPEARANCES

TO THE HONORABLE COURT:

      Please enter the appearances of Joshua R. Treem of Brown Goldstein Levy and James A. Bustamante as counsel on behalf of the Defendant, Jonathan William Wall.

                                   Respectfully submitted,

                                   /s/
                            Joshua R. Treem, Esq.
                            Fed. Bar No. 00037
                            Brown, Goldstein & Levy, LLP
                            120 E. Baltimore St., Suite 1700
                            Baltimore, MD 21202
                            Tel: (410) 962-1030
                            Fax: (410) 385-0869
                            jtreem@browngold.com

                                   /s/
                            James A. Bustamante, Esq.
                            Fed. Bar No. 133675
                            Jackson Square Law Offices
                            1000 Brannan St., Suite 488
                            San Francisco, CA 94103
                            Tel: (415) 394 – 3800
                            Fax: (415) 522 – 1506
                            james@jacksonsquarelaw.com

                            *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

On this 15th day of November, 2019, a true and correct copy of the foregoing document was electronically submitted to the Clerk for the United States District Court for the District of Maryland for filing using the Court's electronic filing system. Pursuant to Rule 5 of the Federal Rules of Civil Procedure, I hereby certify that I served a copy of the document to Assistant United States Attorney Christopher Romano through the Court's electronic filing system that same day.

/s/
Joshua R. Treem, Esq.


/s/
James A. Bustamante, Esq.