**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

<table>
<tr><td>

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**
**MDD_SAGchambers@mdd.uscourts.gov**

</td><td>

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**

</td></tr>
</table>

December 6, 2019

LETTER TO ALL COUNSEL OF RECORD

    Re:  <u>U.S.A. v. Anderson, et al.</u>, Criminal No. SAG-19-0500

Dear Counsel,

    This will confirm the results of our conference call this afternoon.  The government will provide the court with a status update by **January 21, 2020**.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge