IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Jonathan William Wall

Case No. SAG-19-0500

\*

\*

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _____James Bustamante, Retained_____, and the Government was represented by Assistant United States Attorney __Christopher Romano_____, it is

**ORDERED,** this ___14th___ day of __August_____ 2020_____, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

The Defendant noted his intention to seek review by Judge Gallagher of the detention order issued by Magistrate Judge Stevenson of the Central District of California.

*Thomas M. DiGirolamo*
_____
Thomas M. DiGirolamo
United States Magistrate Judge

Received USMS-PRIS OPS BALTIMORE, MD 2020 AUG 14 P 5:04

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement