IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | *   **Criminal Number: SAG-19-0500** |
| **JONATHAN WILLIAM WALL** | * |
| | * |
| **Defendant** | * |

..ooOOOoo..

## ORDER

Upon consideration of the Unopposed Motion to Exclude Time Pursuant to The Speedy Trial Act, the Court finds, that pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice will be served by setting a trial date, if one becomes necessary, until after December 2, 2020, or whenever the Court decides the motions before it, and outweigh the best interest of the public and the Defendant in a speedy trial, in that:

1. There is at least one pending motion which has not yet been ruled on by the Court, and it appears there are additional motions forthcoming;

2. The failure to grant this request in this proceeding could be likely to result in a miscarriage of justice;

THEREFORE, it is this _____ day of _____, 2020, ORDERED, that a trial date if one becomes necessary until after December 2, 2020, or whenever the Court decides the motions before it.

 

_____
Stephanie A. Gallagher
United States District Judge
District of Maryland