UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff ) | Criminal No. SAG-19-CR-0500 |
| V. ) | |
| JONATHAN WILLIAM WALL, )<br>　　　Defendant ) | |

DEFENDANT'S MOTION TO DISMISS INDICTMENT DUE TO PROCEDURAL DEFECT

NOW COMES the Defendant, Jonathan William Wall, by counsel, and moves to dismiss the Indictment for the reasons set forth in the accompanying Brief.

WHEREFORE, the Defendant respectfully requests that the Indictment be dismissed.

Respectfully submitted this 1st day of November, 2020

*s/Jason Flores-Williams, Esq.*
1851 Bassett St., #509
Denver, CO 80202
Phone: 303-514-4524
Email: Jfw@jfwlaw.net
*Counsel for Defendant Wall*

*s/J WYNDAL GORDON*
*J. WYNDAL GORDON*
*THE LAW OFFICE OF J. WYNDAL GORDON, P.A.*
*20 SOUTH CHARLES STREET, SUITE 400*
*BALTIMORE, MD 21201*
*4103324121*
*FAX: 14103473144*
*EMAIL: JWGAATTYS@AOL.COM*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this date of November 1, 2020, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                /s/ Jason Flores-Williams
                Jason Flores-Williams