UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff                                            ) | Criminal No. SAG-19-CR-0500 |
| V.                                                            ) | |
| JONATHAN WILLIAM WALL,                )<br>     Defendant                                       ) | |

DEFENDANT'S MOTION FOR PRELIMINARY HEARING
REGARDING STATEMENTS OF ALLEGED CO-CONSPIRATORS

NOW COMES the Defendant, Jonathan William Wall, by counsel, and moves that the Court schedule a preliminary hearing in which it requires the Government submit a proffer of the evidence it intends to introduce at trial regarding co-conspirator statements for the reasons set forth in the accompanying Brief.

WHEREFORE, the Defendant respectfully requests:

A.      That the Court schedule a preliminary hearing in which it requires the Government to submit a proffer of the evidence it intends to introduce at trial regarding co-conspirator statements.

B.      That, even if the Court chooses not to schedule a preliminary hearing as to this issue, it still requires that the Government submit a proffer of the evidence it intends to introduce at trial regarding co-conspirator statements.

1

Respectfully submitted this First day of November 2020,

*s/Jason Flores-Williams, Esq.*
1851 Bassett St., #509
Denver, CO 80202
3035144524
Email: Jfw@jfwlaw.net
*Counsel for Defendant Wall*
PRO HAC VICE

s/J Wyndal Gordon
J. Wyndal Gordon
THE LAW OFFICE OF J. WYNDAL GORDON, P.A.
20 South Charles Street, Suite 400
Baltimore, MD 21201
4103324121
Fax: 14103473144
Email: jwgaattys@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date of November 1, 2020, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ Jason Flores-Williams
Jason Flores-Williams