UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff    ) | Criminal No. SAG-19-CR-0500 |
| V.    ) | |
| JONATHAN WILLIAM WALL,  )<br>    Defendant   ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXCUSE LOCAL COUNSEL FROM FURTHER <u>APPEARANCES AT HEARINGS OR TRIAL</u>**

<u>NOTICE OF CONFERRAL</u>

Defendant has conferred with the Government and the instant motion is unopposed.

---

NOW COMES the Defendant, Jonathan William Wall, by counsel, and requests that the Court excuse local counsel, J. Wyndal Gordon from appearing at future hearings and at trial, if the case should go to trial for the reasons set forth in the contemporaneously filed Brief.

WHEREFORE, the Defendant respectfully requests that local counsel be excused from further appearances at hearings or at any trial that may be held in this case.

Respectfully submitted this 19th day of April, 2021.

*s/Jason Flores-Williams, Esq.*
1851 Bassett St., #509
Denver, CO 80202
Phone: 303-514-4524
Email: Jfw@jfwlaw.net
*Counsel for Defendant Wall*

*s/J Wyndal Gordon*
J Wyndal Gordon
*THE LAW OFFICE OF J. WYNDAL GORDON, P.A.*

1

*20 South Charles Street, Suite 400*
*Baltimore, MD 21201*
*14103324121*
*Fax: 14103473144*
*Email: jwgaattys@aol.com*

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ Jason Flores-Williams
Jason Flores-Williams