**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| UNITED STATES | * |
| v. | *   Criminal No. SAG-19-0500 |
| JONATHAN WALL | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated on the record at today's hearing, it is, this 3rd day of May, 2021,

**ORDERED** that

1. Defendant's Motion to Dismiss Indictment on Equal Protection Grounds, ECF 135, is DENIED;

2. Defendant's Motion to Dismiss Indictment due to Procedural Defect, ECF 136, is DENIED;

3. Defendant's Motion for Preliminary Hearing, ECF 137, is DENIED;

4. Defendant's Motion for Production of Identities and Locations of Confidential Informants, ECF 157, is DENIED; and

5. Defendant's Motion for Disclosure of Transactions, ECF 176, is DENIED.

/s/
Stephanie A. Gallagher
United States District Judge