**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF** <br> **STEPHANIE A. GALLAGHER** <br> **UNITED STATES DISTRICT JUDGE** <br> **MDD_SAGchambers@mdd.uscourts.gov** | **101 WEST LOMBARD STREET** <br> **BALTIMORE, MARYLAND 21201** <br> **(410) 962-7780** |

June 16, 2021

LETTER TO COUNSEL

    Re:  <u>U.S.A. v. Jonathan Wall</u>
          Criminal No. SAG-19-0500

Dear Counsel:

    This will confirm that a 6-day jury trial has been tentatively scheduled to commence on May 2, 2022.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                          Sincerely yours,

                                          /s/

                                          Stephanie A. Gallagher
                                          United States District Judge