**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | Criminal No. SAG-19-0500 |
| v. | * | |
| JONATHAN WALL | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

This Court reviewed Mr. Wall's Motion to Transfer Location of Pretrial Detention, ECF 188. The Government has not filed a formal opposition, though Mr. Wall's initial motion indicates that the Government defers to the United States Marshal's Service (USMS). This Court committed Mr. Wall to the custody of the USMS pending his trial and will not further direct that agency as to the appropriate location for his pre-trial detention. Questions regarding the adequacy of the Baltimore detention facility will, as Mr. Wall notes, be addressed in separate pending litigation. However, this Court declines to otherwise interfere with the USMS's complex task of housing hundreds of pre-trial detainees by permitting individual detainees to request particular detention facilities. Any such requests should be directed to the USMS, not to the Court. Accordingly, ECF 188 is **DENIED**.

**SO ORDERED** this 12th day of July, 2021

/s/
Stephanie A. Gallagher
United States District Judge