IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. SAG-19-500 |
| **JONATHAN WALL, ET AL** | * | |
| | * | |
| **Defendant** | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher Rigali, Assistant United States Attorney, as counsel for the United States of America in the above-referenced case.

           Respectfully submitted,

           Erek L. Barron
           United States Attorney

By:      /s/ Christopher Rigali
           Christopher Rigali
           Assistant United States Attorney
           36 S. Charles Street, 4th Floor
           Baltimore, Maryland 21201
           Tel.: (410) 209-4800
           Christopher.Rigali@usdoj.gov

Dated:   February 28, 2022.

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, a copy of the foregoing Notice of Appearance was filed by CM/ECF and was served to all counsel of record.

                                               /s/
                                            Christopher Rigali
                                            Assistant United States Attorney