IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Criminal No. SAG-19-500 |
| | * |
| JONATHAN WALL, ET AL | * |
| | * |
| Defendant. | * |
| | * |

*******

## MOTION TO STRIKE ATTORNEY APPEARANCE

Please strike the appearance of Christopher Rigali, Assistant United States Attorney for the District of Maryland, as counsel on behalf of the United States.

    Respectfully submitted,

    Erek L. Barron
    United States Attorney

By:    /s/   Christopher Rigali
    Christopher Rigali
    Assistant United States Attorney
    36 South Charles St., 4th Floor
    Baltimore, Maryland 21201
    Tel.: (410) 209-4800