USDC- BALTIMORE
'22 MAY 6 PM 5:25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

v.       *    Criminal No. SAG-19-0500

JONATHAN WILLIAM WALL       *

Defendant.       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### VERDICT FORM

**Count One: Conspiracy to Distribute and Possess With Intent to Distribute Marijuana**

A. How do you find the defendant, **Jonathan William Wall**, as to Count One of the Indictment?

Guilty __X__       Not Guilty _____

B. If you have found the defendant guilty as to Count One, you must next determine the quantity of marijuana that was involved in the offense (choose only one of the options below).

__X__ 1,000 kilograms or more

_____ less than 1,000 kilograms but more than 100 kilograms

_____ less than 100 kilograms

The foregoing constitutes the unanimous verdict of the jury.

5/6/2022
DATE

**SIGNATURE REDACTED**
FOREPERSON